# Court of Appeals
# of the State of Georgia

ATLANTA,　January 22, 2015

*The Court of Appeals hereby passes the following order:*

## A15A0827.  EUGENIA HOLDEN a/k/a EUGENIA CONNER v. SNELLVILLE FIRST BAPTIST CHURCH.

Eugenia Holden filed this appeal from the grant of summary judgment to Snellville First Baptist Church.  Snellville First Baptist Church subsequently moved to dismiss the appeal. The record as sent, however, contains no order resolving the motion to dismiss the appeal. This case is therefore REMANDED to the Gwinnett County State Court for resolution of the motion to dismiss the appeal. Should the trial court grant the motion to dismiss the appeal, Holden may file a notice of appeal within 30 days after entry of that order. *Gilman Paper Co. v. James*, 235 Ga. 348, 349 (219 SE2d 447) (1975). Should the trial court deny the motion to dismiss the appeal, the trial court is ordered to send a copy of that order to this Court so that the case may be re-docketed.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,　01/22/2015

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.